IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOHNNY D. TAYLOR,**                                        3:10-CV-00105-AC

        Petitioner,                                                      ORDER

v.

**JEAN HILL,**

        Respondent.


**THOMAS J. HESTER**
Bullard Smith Jernstedt Wilson
1000 S.W. Broadway
Suite 1900
Portland, OR 97205
(503) 248-1134

    Attorneys for Petitioner

**ELLEN F. ROSENBLUM**
Attorney General
**ANDREW D. HALLMAN**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97310

    Attorneys for Respondent

1 - ORDER

**BROWN, Judge.**

Magistrate Judge John V. Acosta issued Findings and Recommendation (#41) on November 28, 2012, in which he recommends the Court deny Defendant's Amended Petition (#20) for Writ of Habeas Corpus and enter a judgment dismissing the case with prejudice. This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

The parties did not file any objections to the Findings and Recommendation. The Court, therefore, is relieved of its obligation to review the record *de novo* as to these portions of the Findings and Recommendation. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#41) and, accordingly, **DENIES** Defendant's Amended

2 - ORDER

petition (#20) for Writ of Habeas Corpus and **DISMISSES** this case **with prejudice.**

    IT IS SO ORDERED.

    DATED this 8th day of February, 2013.

                                 /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge

3 - ORDER